Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT S. CORNS            )
                           )
     Plaintiff,            )
                           )   Case Number
vs.                        )   2:16-cv-01133-APG-CWH
                           )
TRANS UNION LLC, a Foreign )
Limited-Liability Company  )
                           )
     Defendant             )
                           )

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.                    LEWIS BRISBOIS BISGAARD & SMITH LLP

_____                    _____
MITCHELL D. GLINER, ESQ.                    DARRELL D. DENNIS, ESQ.
Nevada Bar No. 003419                        Nevada Bar No. 006618
3017 W. Charleston Blvd. # 95                JASON G. REVZIN, ESQ.
Las Vegas, Nevada 89102                      Nevada Bar No. 008629
Attorney for Plaintiff                       6385 S. Rainbow Blvd., Suite 600
                                             Las Vegas, NV 89118
                                             Counsel for Defendant Trans Union LLC

IT IS SO ORDERED this 5th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE